United States District Court

Eastern District of California

Michael J. Hicks,

    Plaintiff,                    No. Civ. S 05-1320 LKK PAN P

  vs.                            Order

Michael W. Bien, et al.,

    Defendants.

-oOo-

Plaintiff, a state prisoner without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requests leave to proceed in forma pauperis.

Plaintiff alleges a violation of his civil rights in Kings County, California. Kings County is in the Fresno Division of this court and the action should have been commenced there. See Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed in forma pauperis.

Accordingly, the court hereby orders that:

1       1.   This action is transferred to the Fresno Division.
2       2.   The clerk of court shall assign a new case number.
3       3.   All future filings shall reference the new case number
4  and shall be filed at:

5                United States District Court
                 Eastern District of California
6                1130 "O" Street
                 Fresno, CA 93721
7

8       Dated:   November 22, 2005.

9                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
10                                       Magistrate Judge